**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ella Mae Gardner, Debtor** **Case No. 26-13590-SDM**
**CHAPTER 13**

# MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).
2. That on 09/29/2026, Debtor filed the petition for relief under Chapter 13 in the instant cause.
3. That on or about 08/092024 Debtor filed a Chapter 13 proceeding, case number 24-12368 and said case dismissed on 07/01/2026.
4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.
5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ella Mae Gardner, Debtor** **Case No. 26-13590-SDM**
**CHAPTER 13**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 9/29/2029.

4. I previously filed bankruptcy case number 24-12368 under Chapter 13 on 8-9-2024 and that case was dismissed on 7-1-2026.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   In my prior case I was missed work due to health issues. I now am able to work consistently.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/30/2026 /s/ Ella Mae Gardner
Ella Mae Gardner

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on September 30, 2026, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
ELLA MAE GARDNER

CASE NO: 26-13590

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/30/2026, I did cause a copy of the following documents, described below,

Motion to Extend Stay and Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ELLA MAE GARDNER | CASE NO: 26-13590<br>**CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/30/2026, a copy of the following documents, described below,

Motion to Extend Stay and Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-13590-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
WED SEP 30 11-34-36 CDT 2026

ACIMA CREDIT
13907 MINUTEMAN DR 5TH FLOOR
DRAPER UT 84020-9869

AMERICAN CASH
6195 HWY 45 ALT S
WEST POINT MS 39773-9432

CHECK DEPOT
214 E COMMERCE ST
ABERDEEN MS 39730-2712

CLAY COUNTY MEDICAL CE
835 MEDICAL CENTER DR
WEST POINT MS 39773

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

DR LEONARDS
ATTN BANKRUPTCY
1112 7TH AVE
MONROE WI 53566-1364

EDFINANCIAL SERVICES L
PO BOX 30159
KNOXVILLE TN 37930-0159

FIT CREDIT
PO BOX 3220
BUFFALO NY 14240-3220

DEBTOR
ELLA MAE GARDNER
553 E HALF MILE ST
WEST POINT MS 39773-2205

HOPE CREDIT UNION
470 COMMERCE ST
WEST POINT MS 39773-7993

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~
~~TODD S JOHNS~~
~~TODD S JOHNS CHAPTER 13 TRUSTEE~~
~~PO BOX 1326~~
~~BRANDON MS 39043-1326~~

LVNV FUNDING LLCRESURGENT CAPITAL SERVI
RESURGENT CORRESPONDENCE ATTN BANKRUPT
PO BOX 1269
GREENVILLE SC 29602-1269

LEND NATION
6700 HWY 45 ALT S
WEST POINT MS 39773

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MSDES
OFFICE OF LEGAL AFFAIR
PO BOX 1699
JACKSON MS 39215-1699

MIDLAND CREDIT MANAGEM
PO BOX 2000
WARREN MI 48090-2000

MOHELANAVIENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

TRIANGLE CREDIT UNION
7290 US 45 ALT N
WEST POINT MS 39773-9445

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

VERIZON
BY AIS INFOSOURCE LP
PO BOX 4457
HOUSTON TX 77210-4457