CM/ECF hrg8
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Ella Mae Gardner<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−13590−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
Aberdeen, MS 39730

on 10/20/26 at 10:00 AM

Responses Due: 10/16/26

to consider and act upon the following:

***6*** − Motion to Extend Automatic Stay under 362(c)(3)(B) with Declaration Filed by Thomas C. Rollins Jr. on behalf of Ella Mae Gardner. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 10/1/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: KMS
Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-13590-SDM
Ella Mae Gardner Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 01, 2026 Form ID: hrg8 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ella Mae Gardner, 553 E Half Mile St, West Point, MS 39773-2205 |
| 4733112 | + | American Cash, 6195 Hwy 45 Alt S, West Point, MS 39773-9432 |
| 4733113 | + | Check Depot, 214 E Commerce St, Aberdeen, MS 39730-2712 |
| 4733114 | | Clay County Medical Ce, 835 Medical Center Dr, West Point, MS 39773 |
| 4733119 | + | Fit Credit, P.O. Box 3220, Buffalo, NY 14240-3220 |
| 4733120 | #+ | Hope Credit Union, 470 Commerce St, West Point, MS 39773-7993 |
| 4733122 | | Lend Nation, 6700 Hwy 45 Alt S, West Point, MS 39773 |
| 4733130 | + | Triangle Credit Union, 7290 US 45 Alt N, West Point, MS 39773-9445 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4733111 | + | Email/Text: bankruptcy@acima.com | Oct 02 2026 01:31:00 | Acima Credit, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 4733115 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2026 01:31:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 4733116 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2026 01:34:14 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4733117 | + | Email/Text: bankruptcy@sccompanies.com | Oct 02 2026 01:31:00 | Dr Leonard's, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4733118 | + | Email/Text: EBN@edfinancial.com | Oct 02 2026 01:31:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 4733121 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2026 01:31:00 | Jefferson Capital, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 4733123 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 01:44:41 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 4733126 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 02 2026 01:31:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4733127 | + | Email/Text: bankruptcy@mdes.ms.gov | Oct 02 2026 01:31:00 | MSDES, Office of Legal Affair, P.O. Box 1699, Jackson, MS 39215-1699 |
| 4733124 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2026 01:31:00 | Midland Credit Managem, PO Box 2000, Warren, MI 48090-2000 |
| 4733125 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 02 2026 01:34:14 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 4733128 | | Email/Text: bankruptcy@possiblefinance.com | Oct 02 2026 01:31:00 | Possible Finance, Attn: Bankruptcy Department, Po Box 98686, Las Vegas, NV 89193 |
| 4733129 | | Email/Text: bankruptcy@republicfinance.com | | |

| | | | |
|---|---|---|---|
| | | Oct 02 2026 01:31:00 | Republic Finance, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4733131 | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2026 01:44:42 | Verizon, by AIS InfoSource LP, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Ella Mae Gardner trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3